# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted April 28, 2016
Decided May 17, 2016

**Before**

DIANE P. WOOD, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

No. 16-1948

| | |
|---|---|
| MICHAEL HILL, *Applicant*, v. UNITED STATES OF AMERICA, *Respondent*. | On Motion for an Order Authorizing the District Court to Entertain a Second or Successive Motion for Collateral Review. |

**O R D E R**

    Michael Hill has filed an application pursuant to 28 U.S.C. § 2244(b)(3), seeking authorization to file a successive motion to vacate under § 2255. Hill, who was sentenced as an armed career criminal and a career offender, wants to challenge his sentence under *Johnson v. United States*, 135 S. Ct. 2551 (2015), which held that the residual clause of the Armed Career Criminal Act is unconstitutionally vague. The Supreme Court has made *Johnson* retroactive. *Welch v. United States*, 136 S. Ct. 1257 (2016). Hill has made a prima facie showing that he may be entitled to relief.

    The government argues that Hill defaulted his claims. We believe this contention would be better addressed by the district court after adversarial testing, which we lack the time for given the 30-day deadline for deciding applications. *See* § 2244(b)(3)(D) (imposing 30-day deadline); § 2244(b)(4) ("A district court shall dismiss any claim

No. 16-1948 Page 2

presented in a second or successive application that the court of appeals has authorized to be filed unless the application shows that the claim satisfies the requirements of this section."). Additionally, a decision by the district court would be subject to normal appellate review, unlike a decision here. *See* § 2244(b)(3)(E) (prohibiting rehearing and certiorari review of the grant or denial of authorization).

Accordingly, we **GRANT** Hill's application and **AUTHORIZE** the district court to consider his claim, as well as the government's defenses.

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit